**JS 6**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY NOEMI CASTILLO TORREZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MED-CARE DIABETIC AND MEDICAL SUPPLIES, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No.  CV13-9497 DSF (MRWx)<br><br>**ORDER** |

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss the individual claims are dismissed with prejudice and the putative class claims are dismissed without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

   Dated:  6/5/14

   _____
   The Honorable Judge Dale S. Fisher